EL PUEBLO, APELADO, *v.* CARRILLO, APELANTE.

APELACIÓN procedente de la Corte de Distrito de Guayama.

No. 591.—Resuelto en abril 8, 1913.

DERECHO PENAL—APELACIÓN—ALEGATO DEL APELANTE.—Radicada la transcripción de autos en esta corte, el primer deber del apelante es presentar su alegato con la especificación de los errores. El no hacerlo así constituye una práctica mala que debe ser rechazada.

ID.—ESCRITO DE APELACIÓN—JURISDICCIÓN.—La radicación del escrito de apelación en la corte sentenciadora es requisito indispensable para que un tribunal de apelación tenga jurisdicción para revisar la sentencia apelada.

Los hechos están expresados en la opinión.
Abogado del apelante: *Sr. Cay. Coll Cuchí.*
Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*

EL JUEZ ASOCIADO SR. MACLEARY, emitió la opinión del tribunal.

Este es un caso en el cual el acusado fué declarado culpable el 18 de noviembre de 1912 de haber hurtado un cerdo. El apelante no ha presentado a'egato, pero en el acto de la vista compareció su abogado e informó oralmente. Lo primero que debe hacer un apelante después de ser radicada la

transcripción de autos es presentar su alegato con la exposición de errores que exigen los artículos 42 y 43 del reglamento de este tribunal. El informe oral, aunque muy conveniente, pierde la mitad de su fuerza cuando no tiene por base un alegato escrito. El omitir la presentación del alegato es mala práctica y ya la hemos condenado varias veces y lo volvemos a hacer en este caso con la esperanza de que los abogados queden bien impuestos de su importancia.

Existe en este caso una cuestión previa que afecta a la jurisdicción de esta corte. Examinando la transcripción de autos, no hemos podido encontrar en ninguna parte el escrito de apelación contra la sentencia dictada por el tribunal sentenciador. Es cierto que el abogado del apelante presentó en la corte sentenciadora una moción extensa alegando excusas por la falta del escrito de apelación y pidiendo permiso al tribunal para presentar el escrito de apelación, autorización que le fué concedida el 3 de febrero de 1913. Pero aun así, el apelante no utilizó dicho permiso y omitió presentar el escrito de apelación.

Ya hemos resuelto en distintas ocasiones que es necesario presentar el escrito de apelación en la corte inferior para que este tribunal tenga jurisdicción para revisar la sentencia apelada. Los fundamentos de tal resolución están ampliamente expuestos en la opinión del tribunal emitida por el Juez Asociado Sr. Aldrey, en el caso de *El Pueblo* v. *Lorenzo,* 18 D. P. R., 978, al cual nos referimos. Al día siguiente de dictada dicha resolución, confirmamos la misma doctrina en otro caso contra el mismo acusado.

A falta del escrito de apelación, esta corte no tiene jurisdicción y debe ser desestimada la apelación.

*Desestimada la apelación.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf; del Toro y Aldrey.